Karen LeCraft Henderson
United States Circuit Judge

August 17, 2004

Committee on Financial Disclosure
Administrative Office of the
  United States Courts
One Columbus Circle, NE
Washington, DC    20544

Re: Calendar Year 2003 Filing

Dear Ms. Lisi:

In response to your letter dated July 22, 2004 requesting additional information regarding Part I, Positions, I did not hold any reportable positions during calendar year 2003. The failure to check the "NONE" box was an oversight.

With kind regards,

Karen LeCraft Henderson

RECEIVED
Aug 30 11 03 AM '04
FINANCIAL DISCLOSURE OFFICE

| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) Henderson, Karen L | 2. Court or Organization US Circuit Court of Appeals | 3. Date of Report 5/15/2004 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Circuit Court Judge - Active | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |

7. Chambers or Office Address

US Courthouse, Room 3118

333 Constitution Avenue, NW

Washington, DC 20001

8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.

Reviewing Officer_____ Date

---

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

---

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |

RECEIVED 2004 MAR 17 A 10:36 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

■ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Wachovia Bank Account | A | Interest | J | T | | | | | |
| 2. Suntrust Bank Accounts | A | Interest | M | T | | | | | |
| 3. Allis Chalmers: Common | | None | J | W | | | | | |
| 4. Smith Barney Account Contains: | | | | | | | | | |
| 5. ** Municipal Money Market Fund Cl A | A | Dividend | J | T | | | | | |
| 6. ** ATT Corp.: Common | | None | J | T | | | | | |
| 7. ** Bell South Corp.: Common | A | Dividend | K | T | | | | | |
| 8. ** SBC Communications Inc.: Common | A | Dividend | J | T | | | | | |
| 9. ** Lucent Technologies Inc.: Common | | None | J | T | | | | | |
| 10. ** NCR Corp.: Common | | None | J | T | | | | | |
| 11. ** Avaya Inc.: Common | | None | J | T | | | | | |
| 12. ** Agere Systems Inc. Class A: Common | | None | J | T | | | | | |
| 13. ** Agere Systems Inc. Class B: Common | | None | J | T | | | | | |
| 14. **International Business Machines: Common | A | Dividend | J | T | Buy | 01/08 | J | | |
| 15. IRA CD: Wachovia Bank | A | Interest | J | T | | | | | |
| 16. IRA: Smith Barney Contains: | | | | | | | | | |
| 17. ** ATT Corp.: Common | | None | J | T | | | | | |
| 18. ** Tigr Series 9 Bonds | B | Interest | | | Redeemed | 11/15 | K | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. ** Bell South Corp.: Common | A | Dividend | K | T | | | | | |
| 20. ** SBC Communications Inc.: Common | B | Dividend | K | T | | | | | |
| 21. ** Citigroup Inc.: Common | B | Dividend | L | T | | | | | |
| 22. ** Lucent Technologies Inc.: Common | | None | J | T | | | | | |
| 23. ** Intl Business Machines Corp.: Common | A | Dividend | K | T | | | | | |
| 24. ** NCR Corp.: Common | | None | J | T | | | | | |
| 25. ** Avaya Inc.: Common | | None | J | T | | | | | |
| 26. ** Salomon Smith Barney Cash Accounts | A | Interest | K | T | | | | | |
| 27. ** Agere Systems Inc. Class A: Common | | None | J | T | | | | | |
| 28. ** Agere Systems Inc. Class B: Common | | None | J | T | | | | | |
| 29. ** Travelers Ppty Cas Corp. Cl A: Common | A | Dividend | J | T | | | | | |
| 30. ** Travelers Ppty Cas Corp Class B: Common | A | Dividend | J | T | | | | | |
| 31. Merrill Lynch Account Contains: | | | | | | | | | |
| 32. ** Federal Signal Corp.: Common | C | Dividend | L | T | | | | | |
| 33. ** MIM Holdings Ltd: Common | A | Dividend | | | Buy Out | 06/27 | J | | See VIII |
| 34. ** MIM Holdings SPN ADR | A | Dividend | | | Buy Out | 07/14 | J | | See VIII |
| 35. ** Schlumberger Ltd: Common | B | Dividend | M | T | | | | | |
| 36. ** Siebels Bruce: Common | | None | | | Sell | 07/17 | J | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,001-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. ** Tremont Corp.: Common | | None | | | Merger | 02/07 | J | | See VIII |
| 38. ** Electronic Data Systems Corp.: Common | A | Dividend | J | T | | | | | |
| 39. ** Pickens County SC School District Series A 5.5% | B | Interest | K | T | | | | | |
| 40. ** Greenwood County SC Hosp Rev Mbia 5.4% | A | Interest | J | T | | | | | |
| 41. ** South Carolina State Budget Cntl 4.95% | B | Interest | L | T | | | | | |
| 42. ** South Carolina State Budget Cntl 4.85% | B | Interest | L | T | | | | | |
| 43. ** Chester SC Met Dist Wtr Rev 4.7% | B | Interest | L | T | | | | | |
| 44. ** Spartanburg Co SC School District 5 5.3% | A | Interest | J | T | | | | | |
| 45. ** Horry County SC School District Series A 5.0% | B | Interest | K | T | | | | | |
| 46. ** Halliburton Co.: Common | A | Dividend | J | T | | | | | |
| 47. ** Hilton Head Pub Svc Dist #1 SC 5.3% | B | Interest | K | T | | | | | |
| 48. ** Barnwell County SC School District No. 45 4.95% | B | Interest | K | T | | | | | |
| 49. ** Myrtle Beach SC Ctfs Partn Con Ctr 4.400% | C | Interest | M | T | | | | | |
| 50. ** Myrtle Beach SC Ctfs Partn Con Ctr 4.500% | B | Interest | L | T | | | | | |
| 51. ** Rock Hill SC Util Sys RV 4.4% | B | Interest | K | T | - | | | | |
| 52. ** Georgetown County SC Ambac Ebd 5.75% | B | Interest | | | Redeemed | 09/25 | K | | |
| 53. ** Piedmont Municipal Power Agency SC 5.25% | A | Interest | J | T | | | | | |
| 54. ** General Motors New Cl H: Common | | None | | | Exchange | 12/24 | J | | See VIII |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. ** Richland County SC Sch Dist No. 2 Ambac 5.2% | A | Interest | | | Redeemed | 04/01 | J | | |
| 56. ** South Carolina Jobs EDA Hosp Facs Rev A Rf Ambac 5.1% | A | Interest | J | T | | | | | |
| 57. ** North Charleston SC Cop Imp-Coliseum Rf OID 5.0% | B | Interest | L | T | | | | | |
| 58. ** Berkeley County SC SD Cop Sf Grp OID Ambac 6.3% | B | Interest | L | T | Buy | 06/24 | L | | See VIII |
| 59. ** Greenville County SC PBC COP Courthse 4.8% | A | Interest | | | Redeemed | 04/01 | K | | |
| 60. ** South Carolina St Hsg Fn Dev Auth Mtg Rv 5.5% | A | Interest | J | T | | | | | |
| 61. ** South Carolina St Svc at Rv Ref A 5.5% | A | Interest | | | Redeemed | 01/02 | J | A | |
| 62. ** Transocean Inc.: Common | | None | J | T | | | | | |
| 63. ** Merrill Lynch Cash Accounts | A | Interest | M | T | | | | | |
| 64. ** Delhaize Group Spons Adr: Common | A | Dividend | J | T | | | | | |
| 65. ** South Carolina St Pub Svc at Rf SC 4.5% | B | Interest | | | Redeemed | 01/02 | K | | |
| 66. ** Laurens Cnty SC Health Care Sys Rfdg Mbia 5.25% | A | Interest | | | Redeemed | 01/02 | K | | |
| 67. ** Florence SC Wtr & Swr Rev Rfdg Oid Ambac 4.9% | A | Interest | | | Redeemed | 03/03 | J | | |
| 68. ** South Carolina St Cap Impt Rfdg Ser B 4.3% | A | Interest | | | Redeemed | 04/01 | K | | |
| 69. ** Goose Creek SC Tax Incrm Rdv Pj Area Ebd 4.5% | A | interest | | | Redeemed | 06/02 | K | | |
| 70. ** South Carolina Transn Infrastre Bk Rev A 5.0% | A | Interest | | | Redeemed | 10/01 | J | | |
| 71. ** Florence Cnty SC Hosp Rv Mcleod Rgl Md A 4.25% | B | Interest | | | Redeemed | 11/03 | K | | |
| 72. ** Piedmont Mun Pwr Agy SC Elec Ser A Rfdg 5.0% | C | Interest | K | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
N = $250,000-$500,000   ● = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes: (See Column C2)
Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
U = Book Value   V = Other   W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Henderson, Karen L | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. ** South Carolina St St Hwy Ser A 4.3% | B | Interest | K | T | | | | | |
| 74. ** Columbia SC Wtrwks-Swr Sys Rev 5.0% | B | Interest | K | T | | | | | |
| 75. ** Lexington Cnty SC Sch Dist No 4 6.5% | A | Interest | K | T | | | | | |
| 76. ** York Cnty SC Sch Dist No 003 Rock Hill A 5.0% | A | Interest | J | T | | | | | |
| 77. ** Spartanburg SC Pub Facs Renaissance Pk Cop 3.5% | B | Interest | K | T | | | | | |
| 78. ** Richland Cnty SC Hsp Fcs Rv B Ref 4.9% | A | Interest | | | Redeemed | 06/02 | J | | |
| 79. ** Clemson Univ SC Unv Revs Plant Impt Fee Rf 4.15% | A | Interest | K | T | | | | | |
| 80. ** Richland Co SC Hsp Fcsrv Mem Hsp-B 5.0% | B | Interest | | | Redeemed | 06/02 | L | | |
| 81. ** South Carolina St Svc At Rf SC-C 5.0% | A | Interest | | | Redeemed | 01/02 | J | | |
| 82. **Piedmont Mun Pwr Agy SC El Rv 6.3% | A | Interest | | | Redeemed | 01/02 | K | | |
| 83. **Huntsville AL Health Care Authority MBIA 3.1% | A | Interest | K | T | Buy | 01/01 | K | | |
| 84. **Columbia SC Wtrwks & Swr Sys RFDG Oid 5.2% | A | Interest | J | T | Buy | 06/03 | J | | |
| 85. **South Carolina St Cap Impt Rfdg Oid 2.0% | A | Interest | K | T | Buy | 03/05 | K | | |
| 86. **Easley SC Util Rev Comb FSA 3.0% | A | Interest | K | T | Buy | 09/10 | K | | |
| 87. **Horry County SC Sch Dist OID 5.6% | C | Interest | L | T | Buy | 06/30 | L | | |
| 88. **Orange Co FL Tourist Dev Tax Rev B OID 6.0% | B | Interest | K | T | Buy | 01/01 | K | | |
| 89. **New York State TWY Auth Gen Rev OID FGIC 6.0% | B | Interest | L | T | Buy | 01/01 | L | | |
| 90. **New York St Urbn Dev Crp Rev Cap Sr 5 5.5% | B | Interest | L | T | Buy | 01/01 | L | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Henderson, Karen L | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. **Dorchester Cnty SC Sch Dt No2 RF OID 5.55% | A | Interest | | | Buy | 04/07 | L | | |
| 92. | | | | | Redeemed | 07/01 | L | | |
| 93. **Dade Cnty FL Sch Brd Cap Ser A OID 5.750% | A | Interest | K | T | Buy | 01/01 | K | | |
| 94. **Valhi Inc.: Common | A | Dividend | J | T | Merger | 02/07 | J | | See VIII |
| 95. **El Paso Corporation: Common | A | Dividend | J | T | Buy | 06/27 | J | | |
| 96. **Hughes Electronics Corp: Common | | None | J | T | Exchange | 12/24 | J | | See VIII |
| 97. **News Corp Ltd: Common | | None | J | T | Exchange | 12/24 | J | | See VIII |
| 98. Merrill Lynch IRA Contains: | | | | | | | | | |
| 99. ** Bell South: Common | A | Dividend | J | T | | | | | |
| 100. ** Cats Series K (May 15, 2003) | A | Interest | | | Redeemed | 05/15 | K | | |
| 101. ** US Treasury Strips (May 15, 2004) | A | Interest | J | T | | | | | |
| 102. ** Lucent Technologies Inc.: Common | | None | J | T | | | | | |
| 103. ** US Treasury Strips (May 15, 2003) | A | Interest | | | Redeemed | 05/15 | J | | |
| 104. ** Avaya Inc: Common | | None | J | T | | | | | |
| 105. ** Merrill Lynch Cash Accounts | B | Interest | M | T | | | | | |
| 106. ** Agere Systems Inc. Cl A: Common | | None | J | T | | | | | |
| 107. ** Agere Systems Inc. Cl B: Common | | None | J | T | | | | | |
| 108. Wachovia Rollover IRA Contains: | | | | | | | | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)  U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. ** Evergreen Prime Cash Fund | D | Interest | O | T | | | | | See VIII |
| 110. ** US Treasury Note 6.25% Due 02/15/2003 | B | Interest | | | Matured | 02/18 | L | | |
| 111. ** US Treasury Note 5.750% Due 08/15/2003 | D | Interest | | | Matured | 08/15 | L | | |
| 112. ** US Treasury Note 4.25% Due 11/15/2003 | C | Interest | | | Matured | 11/17 | L | | |
| 113. ** US Treasury Note 4.0% Due 04/30/2003 | B | Interest | | | Matured | 04/30 | L | | |
| 114. ** Fed Home Ln Bank Bds 3.625% Due 10/15/2004 | C | Interest | M | T | | | | | |
| 115. ** Federal Home Ln Mtg Corp Bd 3.25% 11/15/2004 | C | Interest | M | T | | | | | |
| 116. The Black and Decker Corp.; Common | A | Dividend | K | T | | | | | |
| 117. The Boeing Co.: Common | C | Dividend | M | T | | | | | |
| 118. Campbell Soup Co.: Common | C | Dividend | M | T | | | | | |
| 119. Colgate-Palmolive Co.: Common | D | Dividend | N | T | | | | | |
| 120. Solutia Inc.: Common | | None | J | T | | | | | |
| 121. General Electric Co.: Common | E | Dividend | P1 | T | | | | | |
| 122. General Motors Corp.: Common | C | Dividend | L | T | | | | | |
| 123. The Goodyear Tire and Rubber Co.: Common | | None | K | T | | | | | |
| 124. IBM Corp.: Common | B | Dividend | M | T | | | | | |
| 125. Mobil Corp.: Common | D | Dividend | M | T | | | | | |
| 126. Pharmacia Co.: Common | B | Dividend | | | Merger | 04/16 | N | | See VIII |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127. Bank America Corp.: Common | E | Dividend | O | T | | | | | |
| 128. Sears, Roebuck, and Co.: Common | A | Dividend | J | T | | | | | |
| 129. El Paso Energy: Common | B | Dividend | K | T | | | | | |
| 130. Texaco Inc.: Common | C | Dividend | L | T | | | | | |
| 131. Weyerhaeuser Co.: Common | B | Dividend | L | T | | | | | |
| 132. Delphi Automotive: Common | A | Dividend | J | T | | | | | |
| 133. Pfizer Co: Common | D | Dividend | N | T | Merger | 04/16 | N | | See VIII |
| 134. Springtree Associates Partnership: 1% Interest, Apt | B | Rent | J | W | | | | | |
| 135. Wachovia Bank Accounts | B | Interest | P1 | T | | | | | |
| 136. CD: Bank of America | A | Interest | L | T | | | | | |
| 137. CD: First Union | B | Interest | | | Redeemed | 08/01 | M | | |
| 138. CD: Carolina First | B | Interest | M | T | | | | | |
| 139. CD: NBSC | B | Interest | M | T | | | | | |
| 140. MN Mutual Life Insurance Policy | B | Dividend | L | T | | | | | |
| 141. John Hancock Life Insurance Policy | A | Dividend | J | T | | | | | |
| 142. Marathon Group: Common | B | Dividend | K | T | | | | | |
| 143. US Steel Group: Common | A | Dividend | J | T | | | | | |
| 144. Morgan Stanley Dean Witter and Co.: Common | A | Dividend | K | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes: Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| FINANCIAL DISCLOSURE REPORT Page 9 of 10 | Name of Person Reporting Henderson, Karen L | Date of Report 5/15/2004 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 145. The Allstate Group: Common | A | Dividend | J | T | | | | | |
| 146. Raytheon Co.: Common | A | Dividend | J | T | | | | | |
| 147. Merrill Lynch SEP Contains: | | | | | | | | | |
| 148. ** US Treasury Note 7.25% Due 05/15/2004 | A | Interest | J | T | | | | | |
| 149. ** US Treasury Note 5.750% Due 08/15/2003 | A | Interest | | | Redeemed | 08/15 | I | | |
| 150. ** US Treasury Note 7.250% Due 08/15/2004 | B | Interest | K | T | | | | | |
| 151. ** CD: MBNA America Bank | B | Interest | K | T | | | | | |
| 152. ** CD: Merrill Lynch Bank USA | B | Interest | K | T | | | | | |
| 153. ** CD: First USA Bank | B | Interest | K | T | | | | | |
| 154. ** Merrill Lynch SEP Cash Accounts | A | Dividend | K | T | | | | | |
| 155. **CD: MBNA America Bank | A | Interest | L | T | Buy | 01/21 | L | | |
| 156. **CD: Cole Taylor Bank Chicago | | None | L | T | Buy | 01/21 | L | | |
| 157. Wachovia Bank Trust | | | | | | | | | |
| 158. ** Valiant Tax-Exempt Money Market Fund | A | Interest | J | T | | | | | |
| 159. ** Evergreen SC Municipal Bond Fund Cl I | D | Interest | M | T | | | | | |
| 160. ** Evergreen Core Equity Fund Cl I | A | Dividend | | | Exchange | 12/08 | L | | See VIII |
| 161. **Evergreen Large Cap Equity Fund Class I | A | Dividend | L | T | Exchange | 12/08 | L | | See VIII |
| 162. Wachovia Brokerage Account Contains: | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4). F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000
3. Value Method Codes: Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2) U = Book Value  V = Other  W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Henderson, Karen L | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 163. **US Treasury Bill Due 01/30/2003 | A | Interest | | | Redeemed | 01/30 | O | | |
| 164. **US Treasury Bill Due 06/26/2003 | D | Interest | | | Redeemed | 06/26 | O | | |
| 165. ** US Treasury Bill Due 02/12/2004 | | None | O | T | Buy | 08/11 | O | | |
| 166. ** US Treasury Bill Due 08/07/2003 | C | Interest | | | Buy | 02/03 | O | | |
| 167. | | | | | Redeemed | 08/07 | O | | |
| 168. ** US Treasury Bill Due 12/26/2003 | C | Interest | | | Buy | 06/30 | O | | |
| 169. | | | | | Redeemed | 12/26 | O | | |
| 170. **Lehman Brothers Bank CD: 02/27/2004 | A | Interest | K | T | Buy | 08/21 | K | | |
| 171. **SI Bank & Trust CD Staten Island NY 08/15/2005 | A | Interest | L | T | Buy | 08/21 | M | | |
| 172. IRA: Salomon Smith Barney Contains: | | | | | | | | | |
| 173. ** Salomon Smith Barney Cash Account | A | Interest | J | T | | | | | |
| 174. ** Lucent Technologies Inc.: Common | | None | J | T | | | | | |
| 175. ** Avaya Inc.: Common | | None | J | T | | | | | |
| 176. ** Citigroup Inc: Common | A | Dividend | J | T | | | | | |
| 177. ** Agere Systems Inc. Class B: Common | | None | J | T | | | | | |
| 178. ** Travelers Ppty Cas Corp. Cl A: Common | | None | J | T | | | | | |
| 179. ** Travelers Ppty Cas Corp. Cl B: Common | | None | J | T | | | | | |
| 180. Monsanto: Common | A | Dividend | K | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Page 2, Line 33 & 34: MIM Holdings Limited was acquired by Xtrata on June 6, 2003. The acquisition required that both common and ADR MIM Holdings shareholders surrender their shares for cancellation in exchange for cash proceeds.

Page 3, Line 37 & Page 6, Line 94: On February 7, 2003 Valhi Inc. completed a merger with Tremont Corp. Tremont shareholders received  of Valhi Inc. common stock for each Tremont share.

Page 4, Line 58: Additional Berkeley County SC SD Cop Sf Grp ID Ambac 6.3% bonds were purchased on June 6, 2003.

Page 3, Line 54, & Page 6, Lines 96 & 97: On December 22, 2003 General Motors split-off Hughes Electronics by distributing Hughes common stock to holders of General Motors Class H common stock. Simultaneously, General Motors sold its 19.8% interest in Hughes Electronics to News Corporation. News Corporation then acquired from the former General Motors Class H common stockholders, an additional 14.2% of the outstanding Hughes common stock shares in exchange for News Corporation Preferred ADS. These transactions left former General Motors Class H shareholders with shares of both Hughes Electronics and News Corporation.

Page 7, Line 109: Name changed from Evergreen Select Money Market Fund to Evergreen Prime Cash Fund.

Page 7, Line 126 & Page 8, Line 133: On April 16, 2003 Pfizer & Pharmacia merged. Pharmacia shareholders received of Pfizer stock for each share of Pharmacia stock held on April 16, 2003.

Page 9, Line 160 & 161: Exchange Evergreen Core Equity Fund Class I for of Evergreen Large Cap Equity Fund Class I.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▮▮▮▮▮▮▮▮▮▮                                    Date_____5 | 13 | 0 4_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544